\*\*E-filed 1/24/06\*\*

1  DILLINGHAM & MURPHY, LLP
2  PATRICK J. HAGAN (SBN. 68264)
   EDWARD E. HARTLEY (SBN122892)
3  225 Bush Street, 6th Floor
   San Francisco, California 94104-4207
4  Telephone: (415) 397-2700
   Facsimile: (415) 397-3300
5
   Attorneys for Rantec Power Systems Inc.,
6  now known as ETS Lindgren, LP

7  ROBINS, KAPLAN, MILLER & CIRESI LLP
   SCOTT G. JOHNSON (SBN. 153735)
8  2800 LaSalle Plaza, 800 LaSalle Avenue
   Minneapolis, Minnesota 55402-2015
9  Telephone: (612) 349-8500
   Facsimile: (612) 339-4181
10
   Attorneys for Factory Mutual Insurance
11 Company and FM Global Technologies

12
                UNITED STATES DISTRICT COURT
13
        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
14

15
16 LOCKHEED MARTIN CORPORATION,                **CONSOLIDATED**

17              Plaintiff,                     Case Nos. CV-00-20002 (JF)
                                                         C-03-CV-04617 (JF)
18
19         v.                                  **STIPULATION TO CONTINUE
                                               HEARING DATE ON MOTION
20                                             FOR SUMMARY JUDGMENT**

21 RFI SUPPLY, INC., formerly known as
   RFI COMMUNICATIONS &                        Judge:          Hon. Jeremy Fogel
22 SECURITY SYSTEMS, et al.,
                                               Complaint
23              Defendants.                    Filed:          December 20, 1999

24                                             Trial Date:     TBA
25

26
27
28

Page 1: Stipulation to Continue Pre-Trial Discovery Dates
        Case No. 00-CV-20002 JF

MP3 20148460.1

1  WHEREAS, Plaintiff and Counter-Defendant Factory Mutual Global
2  Technologies ("FMGT") and Factory Mutual Insurance Company ("FMIC") have
3  filed a motion for summary judgment, or in the alternative, partial summary
4  judgment, and, after conferring with the Court, set a hearing date of Friday, February
5  10, 2006;

6  WHEREAS, counsel for ETS Lindgren, LP, formerly known as Rantec Power
7  Systems, Inc. ("Rantec") have advised counsel for FMGT and FMIC of scheduling
8  conflicts during February, including one on February 10, and sought concurrence to
9  continue the hearing on the summary judgment motion to Friday, March 3;

10  WHEREAS, counsel for Rantec has communicated with the Court and has
11  been informed that the Court can accommodate having the summary judgment heard
12  on Friday, March 3;

13  THEREFORE, IT IS HEREBY STIPULATED by and between the parties that
14  FMGT and FMIC's motion for summary judgment will be heard on Friday, March 3,
15  2006 at 9:00 a.m. in Courtroom No. 3.

Dated: January 10, 2006            DILLINGHAM & MURPHY, LLP

                                   By:  _____/s/_____
                                        Patrick J. Hagan
                                        Attorneys for Defendant Rantec Power
                                        Systems Inc.


Dated: January 10, 2006            ROBINS, KAPLAN, MILLER & CIRESI LLP

                                   By:  _____/s/_____
                                        SCOTT G. JOHNSON
                                        Attorneys for Third-Party Defendants Factory
                                        Mutual Insurance Company and Factory
                                        Mutual Global Technologies

1   **IT IS SO ORDERED.**

2

3   Dated: _1/24/06_

4

5   _____
    HONORABLE JEREMY FOGEL
6   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 3:  Stipulation to Continue Pre-Trial Discovery Dates
         Case No. 00-CV-20002 JF
MP3 20148460.1