\*\*E-filed 1/24/06\*\*

1  DILLINGHAM & MURPHY, LLP
   PATRICK J. HAGAN (SBN. 68264)
2  EDWARD E. HARTLEY (SBN122892)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
   Telephone:  (415) 397-2700
4  Facsimile:   (415) 397-3300

5  Attorneys for Rantec Power Systems Inc.,
   now known as ETS Lindgren, LP
6

7  ROBINS, KAPLAN, MILLER & CIRESI LLP
   SCOTT G. JOHNSON (SBN. 153735)
8  2800 LaSalle Plaza, 800 LaSalle Avenue
   Minneapolis, Minnesota 55402-2015
9  Telephone:  (612) 349-8500
   Facsimile:   (612) 339-4181
10

11 Attorneys for Factory Mutual Insurance
   Company and FM Global Technologies

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| LOCKHEED MARTIN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RFI SUPPLY, INC., formerly known as RFI COMMUNICATIONS & SECURITY SYSTEMS, et al.,<br><br>Defendants. | **CONSOLIDATED**<br><br>Case Nos. CV-00-20002 (JF)<br>         C-03-CV-04617 (JF)<br><br>**STIPULATION TO SET TRIAL DATE FOR JULY 14, 2006**<br><br>Judge:          Hon. Jeremy Fogel<br>Complaint Filed:    December 20, 1999<br>Trial Date:    "After July 7, 2006" |
|---|---|

   WHEREAS, at the Case Management Conference on June 17, 2005, the Court adopted the parties' recommended timetable for completion of factual and expert discovery, the filing of dispositive motions, the final pretrial conference and trial date;

Page 1:  Stipulation to Continue Pre-Trial Discovery Dates
         Case No. 00-CV-20002 JF
MP3 20148460.1

WHEREAS, the Scheduling Order entered by the Court on September 13, 2005 (Docket No. 323 in Case No. 00-20002 JF) noted that the trial date would be set for a date "after Friday, July 7, 2006";

WHEREAS, the parties have met and conferred on a date after July 7, 2006, and have agreed that a date of July 14, 2006, would be acceptable to the parties, while retaining the Final Pretrial Conference date of Friday, June 30, 2006;

WHEREAS, counsel for Rantec has inquired of the Court of its ability to set this matter for trial on July 14, 2006 and understands that, as of the date of this Stipulation, the Court's calendar could accommodate the trial of this matter on July 14, 2006;

WHEREAS, the parties have further met and conferred regarding minor changes to the existing schedule related to the designation and deposition of expert witnesses.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties that the trial of this matter shall commence on Friday, July 14, 2006, and that the deadlines for the exchange of expert witness designations and completion of expert discovery be extended to the following dates:

**a.** Exchange of expert designations – Monday, January 23, 2006 (from Monday, January 16, 2006);

**b.** Depositions of expert witnesses – Friday, March 31, 2006 (from Friday, February 10, 2006);

**c.** Filing of dispositive motions – Friday, March 10, 2006 (no change)

**d.** Final Pretrial Conference – Friday, June 30, 2006 (no change); and

**e.** Trial to be set for July 14, 2006 (from "after July 7, 2006").

| | | |
|---|---|---|
| 1 | Dated: January 11, 2006 | DILLINGHAM & MURPHY, LLP |
| 2 | | By: _____/s/_____ |
| 3 | | Patrick J. Hagan |
| 4 | | Attorneys for Defendant Rantec Power Systems Inc. |
| 5 | | |
| 6 | Dated: January 11, 2006 | ROBINS, KAPLAN, MILLER & CIRESI LLP |
| 7 | | |
| 8 | | By: _____/s/_____ |
| 9 | | SCOTT G. JOHNSON |
| 10 | | Attorneys for Third-Party Defendants Factory Mutual Insurance Company and Factory Mutual Global Technologies |

**IT IS SO ORDERED.**

Dated: ___1/24/06_____

_____
HONORABLE JEREMY FOGEL
United States District Judge

Page 3: Stipulation to Continue Pre-Trial Discovery Dates
    Case No. 00-CV-20002 JF
MP3 20148460.1