**E-Filed 4/4/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>RFI SUPPLY, INC., et al.,<br><br>　　　　　　Defendants. | Case Number C 00-20002 JF (PVT)<br><br>ORDER GRANTING RANTEC'S MOTION FOR LEAVE TO FILE A SURREPLY<br><br>[Doc. No. 336] |

　　　Rantec Power Systems, Inc. ("Rantec") has filed objections to the reply brief and Drugan declaration filed by FM Global Technologies, LLC in support of its motion for summary judgment. Rantec's request for leave to file a surreply is GRANTED.

　　　IT IS SO ORDERED.

DATED: 4/4/06

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies of Order served on:

Stephan A. Barber     sbarber@ropers.com, blangston@ropers.com

J. Cross Creason     jcc@dillinghammurphy.com

Margaret M Drugan     mmdrugan@rkmc.com, biberinger@rkmc.com

Randy W. Gimple     rgimple@ccplaw.com

Patrick J. Hagan     pjh@wirepaladin.com, cap@wirepaladin.com

Edward E. Hartley     eeh@dillinghammurphy.com

Scott Gregory Johnson     sgjohnson@rkmc.com,

Alice K. Loh     akl@dillinghammurphy.com,

R. Wardell Loveland
Coddington Hicks & Danforth
555 Twin Dolphin Dr Ste 300
Paragon Ctr Redwood Shores
Redwood City, CA 94065

Jennifer A. Stewart
Long & Levit LLP
465 California Street
5th Floor
San Francisco, CA 94104

Theodore C. Zayner
2841 Junction Avenue
Suite 110
San Jose, CA 95134-1921