DILLINGHAM & MURPHY, LLP
PATRICK J. HAGAN (SBN. 68264)
EDWARD E. HARTLEY (SBN122892)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

**e-filed 6/15/06

Attorneys for Rantec Power Systems Inc.,
now known as ETS Lindgren, LP

ROBINS, KAPLAN, MILLER & CIRESI LLP
SCOTT G. JOHNSON (SBN. 153735)
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

Attorneys for Factory Mutual Insurance
Company and FM Global Technologies

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RFI SUPPLY, INC., formerly known as RFI COMMUNICATIONS & SECURITY SYSTEMS, et al.,<br><br>　　　　　　Defendants. | **CONSOLIDATED**<br><br>Case Nos. CV-00-20002 (JF)<br>　　　　　　C-03-CV-04617 (JF)<br><br>**STIPULATION RE: FILING OF AMENDED COUNTER-COMPLAINT**<br><br>Judge:　　　Hon. Jeremy Fogel<br><br>Complaint Filed:　　December 20, 1999<br><br>Trial Date:　TBD |

WHEREAS, the Court issued an Order on May 30, 2006, allowing defendant and counter-complainant ETS Lindgren, LP, (formerly known as Rantec Power Systems, Inc. ) ("Rantec") to file an amended counter-complaint to include a claim

Page 1: Stipulation Re: Filing Of Amended Counter-Complaint
　　　　Case No. 00-CV-20002 JF

**IT IS SO ORDERED.**

Dated: 6/14/06

_____
HONORABLE JEREMY FOGEL
United States District Judge