DILLINGHAM & MURPHY, LLP
PATRICK J. HAGAN (SBN. 68264)
EDWARD E. HARTLEY (SBN122892)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:  (415) 397-2700
Facsimile:   (415) 397-3300

ETS-Lindgren L.P., successor in interest to
Rantec Power Systems Inc.,

ROBINS, KAPLAN, MILLER & CIRESI LLP
SCOTT G. JOHNSON (SBN. 153735)
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181

Attorneys for Factory Mutual Insurance
Company and FM Global Technologies

**E-filed 8/3/06**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>RFI SUPPLY, INC., formerly known as RFI COMMUNICATIONS & SECURITY SYSTEMS, et al.,<br><br>  Defendants. | **CONSOLIDATED**<br><br>Case Nos. CV-00-20002 (JF)<br>           C-03-CV-04617 (JF)<br><br>**STIPULATION TO CONTINUE HEARING DATE ON MOTION TO ALTER OR AMEND JUDGMENT AND CASE MANAGEMENT CONFERENCE**<br><br>Old Date:    July 28, 2006<br>New Date:   September 29, 2006<br>Time:          10:00 a.m.<br>Judge:         Hon. Jeremy Fogel<br><br>Complaint Filed:    December 20, 1999<br><br>Trial Date:   TBA |

| | |
|---|---|
| 1 | WHEREAS, ETS-Lindgren L.P., successor in interest to Rantec Power |
| 2 | Systems, Inc. ("Rantec") has filed a Motion And Motion To Alter, Amend Or Modify |
| 3 | |
| 4 | Judgment Entered In Favor Of Factory Mutual Research Corporation |
| 5 | (Frcp 59(E)) Or In The Alternative, Motion For Leave To File A Motion For |
| 6 | Reconsideration, which motion is fully briefed and set to be heard on July 28, 2006; |
| 7 | WHEREAS, Factory Mutual Insurance Company ("FMIC") has filed a |
| 8 | |
| 9 | Motion For Relief Pursuant To Rule of Civil Procedure 60(a), which motion is fully |
| 10 | briefed and set to be heard on July 28, 2006; |
| 11 | |
| 12 | WHEREAS, Rantec, FMIC, and FM Global Technologies, LLC (FMRC) |
| 13 | participated in a mediation on July 13-14, wherein an agreement in principal was |
| 14 | reached that, if approved by all parties, would resolve all outstanding claims between |
| 15 | |
| 16 | them in the matters pending before this Court, as well as a matter pending in the |
| 17 | United States District Court for the District of Massachusetts; |
| 18 | |
| 19 | WHEREAS, the Court had scheduled a case management conference for July |
| 20 | 28, 2006; |
| 21 | WHEREAS, the parties believe that it would be prudent and expeditious to |
| 22 | |
| 23 | continue Rantec's motion and the case management conference for a period of |
| 24 | approximately 60 days so that the parties may focus on preparing and executing a |
| 25 | mutually agreeable settlement agreement and mutual release resolving all claims |
| 26 | |
| 27 | between them; |
| 28 | |

Page 2: Stipulation to Continue Motion and Case Management Conference
       Case No. 00-CV-20002 JF
MP3 20148460.1

WHEREAS, the Court has indicated that Rantec's motion and the case management conference could be continued to September 29, 2006, at 10:00 a.m.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties that Rantec's Motion And Motion To Alter, Amend Or Modify Judgment Entered In Favor Of Factory Mutual Research Corporation and the case management conference are hereby continued to Friday, September 29, 2006, at 10:00 a.m. in Courtroom No. 3.

Dated: July 31, 2006         DILLINGHAM & MURPHY, LLP

                             By: _____/s/_____
                             EDWARD E. HARTLEY
                             Attorneys for ETS-Lindgren L.P. successor in interest to Rantec Power Systems Inc.

Dated: July 31, 2006         ROBINS, KAPLAN, MILLER & CIRESI LLP

                             By: _____/s/_____
                             SCOTT G. JOHNSON
                             Attorneys for Third-Party Defendants Factory Mutual Insurance Company and Factory Mutual Global Technologies

**IT IS SO ORDERED.**

Dated: __8/3/06_____

                             _____
                             HONORABLE JEREMY FOGEL
                             United States District Judge

Page 3:  Stipulation to Continue Motion and Case Management Conference
         Case No. 00-CV-20002 JF
MP3 20148460.1