**E-filed 9/19/06**

1 DILLINGHAM & MURPHY, LLP
  PATRICK J. HAGAN (SBN. 68264)
2 EDWARD E. HARTLEY (SBN122892)
3 225 Bush Street, 6th Floor
  San Francisco, California 94104-4207
  Telephone:   (415) 397-2700
4 Facsimile:    (415) 397-3300

5 ETS-Lindgren L.P., successor in interest to
  Rantec Power Systems Inc.,
6

7 ROBINS, KAPLAN, MILLER & CIRESI LLP
  SCOTT G. JOHNSON (SBN. 153735)
8 2800 LaSalle Plaza, 800 LaSalle Avenue
  Minneapolis, Minnesota 55402-2015
9 Telephone:   (612) 349-8500
  Facsimile:    (612) 339-4181
10

11 Attorneys for Factory Mutual Insurance
   Company and FM Global Technologies

12

13                UNITED STATES DISTRICT COURT

14      NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

15

| | |
|---|---|
| 16 LOCKHEED MARTIN CORPORATION, | **CONSOLIDATED** |
| 17                     Plaintiff, | Case Nos. CV-00-20002 (JF) C-03-CV-04617 (JF) |
| 18 | |
| 19            v. | **STIPULATION TO CONTINUE HEARING DATE ON MOTION TO ALTER OR AMEND JUDGMENT AND CASE MANAGEMENT CONFERENCE** |
| 20 RFI SUPPLY, INC., formerly known as | |
| 21 RFI COMMUNICATIONS & SECURITY SYSTEMS, et al., | Old Date:       September 22, 2006 New Date:     November 10, 2006 |
| 22                     Defendants. | Time:            10:30 a.m. Judge:           Hon. Jeremy Fogel |
| 23 | |
| 24 | Complaint Filed:            December 20, 1999 |
| 25 | Trial Date:    TBA |
| 26 | |

27

28

1    WHEREAS, ETS-Lindgren L.P., successor in interest to Rantec Power

2  Systems, Inc. ("Rantec") has filed a Motion And Motion To Alter, Amend Or Modify

3  Judgment Entered In Favor Of Factory Mutual Research Corporation

4

5  (Frcp 59(E)) Or In The Alternative, Motion For Leave To File A Motion For

6  Reconsideration, which motion is fully briefed and set to be heard on September 22,

7  2006;

8

9    WHEREAS, Factory Mutual Insurance Company ("FMIC") has filed a

10  Motion For Relief Pursuant To Rule of Civil Procedure 60(a), which motion is fully

11  briefed and set to be heard on September 22, 2006;

12

13    WHEREAS, Rantec, FMIC, and FM Global Technologies, LLC (FMRC)

14  participated in a mediation on July 13-14, wherein an agreement in principal was

15  reached that, if approved by all parties, would resolve all outstanding claims between

16  them in the matters pending before this Court, as well as a matter pending in the

17  United States District Court for the District of Massachusetts;

18

19    WHEREAS, the Court had scheduled a case management conference for

20  September 22, 2006;

21

22    WHEREAS, the parties have agreed on the monetary consideration resulting

23  from the July 13-14 mediation and all that remains is resolution of some non-

24  monetary related language to be incorporated as part of a global settlement agreement;

25

26

27

28    WHEREAS, believe that it would be prudent and expeditious to continue all

1  presently scheduled motions and the case management conference for an additional

2  period of approximately 30 days so that the parties may focus on concluding the

3

4  remaining issues leading to the execution of a mutually agreeable settlement

5  agreement and mutual release resolving all claims between them;

6        WHEREAS, the Court has indicated that Rantec's motion and the case

7

8  management conference could be continued to November 10, 2006, at 10:30 a.m.

9        THEREFORE, IT IS HEREBY STIPULATED by and between the parties that

10  Rantec's Motion And Motion To Alter, Amend Or Modify Judgment Entered In

11

12  Favor Of Factory Mutual Research Corporation and the case management conference

13  are hereby continued to Friday, November 10, 2006, at 10:30 a.m. in Courtroom No.

14  3.

15

16

17  Dated: September 14, 2006             DILLINGHAM & MURPHY, LLP

18                      By:         _____/s/_____

19                             EDWARD E. HARTLEY
                           Attorneys for ETS-Lindgren L.P. successor in

20                             interest to Rantec Power Systems Inc.

21  Dated: September 7, 2006            ROBINS, KAPLAN, MILLER & CIRESI LLP

22

23

24                      By:         _____/s/_____
                           SCOTT G. JOHNSON

25                             Attorneys for Third-Party Defendants Factory
                           Mutual Insurance Company and Factory

26                             Mutual Global Technologies

27

28

Page 3:  Stipulation to Continue Motion and Case Management Conference
         Case No. 00-CV-20002 JF
MP3 20148460.1

1    **IT IS SO ORDERED.**

2

3    Dated: _____9_____

4                   /
                    1
5                   9
                    /
6                   0
                    6
7
                                    _____
                                    HONORABLE JEREMY FOGEL
                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 4:  Stipulation to Continue Motion and Case Management Conference
         Case No. 00-CV-20002 JF
MP3 20148460.1