**E-filed 12/12/06**

1  DILLINGHAM & MURPHY, LLP
   PATRICK J. HAGAN (SBN. 68264)
2  EDWARD E. HARTLEY (SBN122892)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
   Telephone: (415) 397-2700
4  Facsimile:  (415) 397-3300

5  Attorneys for ETS-Lindgren L.P., successor in interest to
   Rantec Power Systems Inc.,
6

7  ROBINS, KAPLAN, MILLER & CIRESI LLP
   SCOTT G. JOHNSON (SBN. 153735)
8  2800 LaSalle Plaza, 800 LaSalle Avenue
   Minneapolis, Minnesota 55402-2015
9  Telephone: (612) 349-8500
   Facsimile:  (612) 339-4181
10

   Attorneys for Factory Mutual Insurance
11 Company and FM Global Technologies LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| LOCKHEED MARTIN CORPORATION, | **CONSOLIDATED** |
|---|---|
| Plaintiff, | Case Nos. CV-00-20002 (JF) |
| | C-03-CV-04617 (JF) |
| v. | |
| | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| RFI SUPPLY, INC., formerly known as RFI COMMUNICATIONS & SECURITY SYSTEMS, et al., | [Fed. R. Civ. P. 41(a)(1), (c)] |
| Defendants. | |

The parties hereto, ETS-Lindgren L.P., successor in interest to Rantec Power Systems, Inc., Factory Mutual Insurance Company, and FM Global Technologies LLC, hereby stipulate that all claims, counterclaims, cross-claims, and third-party claims between or among the parties in the above-captioned

1  consolidated actions shall be voluntarily dismissed with prejudice pursuant to
2  Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, with each party
3  bearing its respective costs and attorney's fees.

Dated: December 7, 2006            DILLINGHAM & MURPHY, LLP

                          By:  _____/s/_____
                               EDWARD E. HARTLEY
                               Attorneys for ETS-Lindgren L.P. successor in
                               interest to Rantec Power Systems Inc.


Dated: December 7, 2006            ROBINS, KAPLAN, MILLER & CIRESI LLP

                          By:  _____/s/_____
                               SCOTT G. JOHNSON
                               Attorneys for Factory Mutual Insurance Company
                               and FM Global Technologies LLC


**IT IS SO ORDERED.**


Dated:      12/11/06

                                   _____
                                   HONORABLE JEREMY FOGEL
                                   United States District Judge

---

Page 2:  Stipulation for Dismissal with Prejudice, Case Nos. 00-CV-20002 (JF) and C-03-CV-04617 (JF)

MP3 20203707.1